IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| THE SPOT AT ANDERSON, LLC, | § § | Case No. 24-90411 (MI) |
| Debtor. | § § § | |

**DEBTOR'S AGENDA FOR HEARING ON JUNE 18, 2024**

TO THE HONORABLE MARVIN ISGUR:

The above-referenced debtor files this Agenda of Matters Set for the virtual hearing to be held on June 18, 2024, at 4:30 p.m. (CST) before the Honorable Judge Marvin Isgur, United States Bankruptcy Judge, Courtroom 404, 515 Rusk Street, Houston, Texas 77002:

A. **First Day Motions**

1. Emergency Motion for Entry of Interim and Final Orders, (I) Authorizing the Debtor to pay certain Pre-Petition Claims of Critical Vendor CIVE, Inc.; (II) Authorizing Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief [Docket No. 6]

   **Status:** This matter is going forward with respect to an interim order.

2. Emergency Motion (I) Authorizing and Approving the Debtors Continued Use of its existing Cash Management System, (II) Authorizing the Debtor to Continue using the Prepetition Bank Accounts and Business Forms, and (III) Granting Related Relief [Docket No. 4]

   **Status:** This matter is going forward with respect to an interim order.

3. Emergency Motion for Entry of an Order (II) Authorizing the Debtor to Continue Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto; and (II) Granting Related Relief [Docket No. 7]

   **Status:** This matter is going forward.

4. Emergency Motion Entry of an Order (I) Authorizing Post-Petition Secured Financing; (II) Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [Docket No. 9]

   **Status:** This matter is going forward with respect to an interim order.

**B. Related Documents**

5. Declaration of Jeffrey Anapolsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Proceedings [Docket No. 8]

6. Witness and Exhibit List [Docket No. 10]

7. Revised Interim Order (I) Authorizing Post-Petition Secured Financing; (II) Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief (*forthcoming*)

0157512.0788644   4881-4209-2233v1