IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE SPOT AT ANDERSON, LLC, | § | Case No. 24-90411 (MI) |
| | § | |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL
NOTICES, PLEADINGS, ORDERS AND OTHER PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel and the law firm of Munsch Hardt Kopf & Harr, P.C. hereby appears on behalf of BRMK Management SPE JP, LLC ("BRMK") in the bankruptcy case (the "Bankruptcy Case") of the above-captioned debtors, files this *Notice of Appearance and Request for Service of All Notices, Pleadings, Orders, and Other Papers* (the "Notice of Appearance"), and hereby requests, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure that all notices given or required to be given in the Bankruptcy Case, and all papers served or required to be served in the Bankruptcy Case, be served upon the undersigned counsel at the following address:

John D. Cornwell
Julian P. Vasek
Munsch Hardt Kopf & Harr, P.C.
700 Milam St., Suite 800
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile:  (713) 222-1475
E-mail: jcornwell@munsch.com
E-mail: jvasek@munsch.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of

applications, notices of hearing, petitions, objections, answers, responses, replies, claims, schedules, statements, operating reports, plans, disclosure statements, and all other pleadings, requests or notices, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed as BRMK's: (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding to which such right exists in the Bankruptcy Case or in any case, controversy, or proceeding related to the Bankruptcy Case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs or recoupments which BRMK has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments BRMK hereby expressly reserves.

Dated:  June 18, 2024

**MUNSCH HARDT KOPF & HARR, P.C**.

By:  */s/ Julian P. Vasek*
John D. Cornwell
Texas Bar No. 24050450
Julian P. Vasek
Texas Bar No. 24070790
700 Milam St., Suite 800
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
E-mail:  jcornwell@munsch.com
E-mail:  jvasek@munsch.com

*Counsel for BRMK Management SPE JP, LLC*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 18th day of June, 2024, a true and correct copy of this *Notice of Appearance* was served electronically through the Court's ECF system on parties registered to receive electronic in the above-captioned Bankruptcy Case.

                                        */s/ Julian P. Vasek*
                                        Julian P. Vasek