# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Tuesday, June 18, 2024

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Joy | Kleisinger | Frost Brown Todd LLP | The Spot at Anderson, LLC |
| Kyung | Lee | Shannon & Lee LLP | and |
| Rebecca | Matthews | Frost Brown Todd LLP | The Spot at Anderson, LLC |
| Mark | Platt | Frost Brown Todd LLP | The Spot at Anderson, LLC |
| Ross | Travis | US Dept of Justice | US Trustee |
| Julian | Vasek | P.C. | BRMK Management SPE JP, LLC |