IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE SPOT AT ANDERSON, LLC, | § | Case No. 24-90411 (MI) |
| | § | |
| Debtor. | § | Related Docket No. 71 |
| | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") is scheduled for July 31, 2024, at 3:30 p.m. (CST) before the Honorable Judge Marvin Isgur, United States Bankruptcy Judge, Courtroom 404, 515 Rusk Street, Houston, Texas 77002 on the *Amended Emergency Motion Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Post-Petition Financing and (B) Grant Liens and Provide Superpriority Administrative Expense Claims, (II) Modifying the Automatic Stay, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief* [Docket No. 71] filed by above-referenced debtor (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** you may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page. The meeting code is "judgeisgur." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance,

click the "Electronic Appearance" link on Judge Isgur's home page. Select the case name, complete the required fields and click "submit" to complete your appearance.

Dated: July 30, 2024

Respectfully submitted,

**FROST BROWN TODD LLP**

*/s/ Rebecca L. Matthews*
Rebecca L. Matthews, TX 24062776
Mark A. Platt, TX 00791453
2101 Cedar Springs Rd.
Dallas, TX 75201
Tel:  (214) 580.5852
Fax: (214) 545.3472
E-mail: rmatthews@fbtlaw.com
         mplatt@fbtlaw.com

*Proposed Counsel for Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I certify that on July 30, 2024, a true and correct copy of the foregoing document was served on all those registered to receive service in this case by the Court's CM/ECF system.

*/s/ Rebecca L. Matthews*
Rebecca L. Matthews

0157512.0788644   4869-6751-2780v1

2